(May 18, 1955.)

∎

Sarah Hodes, Respondent, v. Nathan Hodes, Appellant.— Motion to stay the enforcement of an order, dated April 16, 1955, and filed April 20, 1955, granted, upon condition that the appellant shall forthwith prepare and file his record and brief on appeal in accordance with the rules of this court and be prepared to argue the appeal at this term of court and for that purpose the case is added to the foot of the calendar of this court, upon condition, however, that during the pendency of the appeal the defendant shall pay $35 per week to the plaintiff-respondent, commencing this week, and that he pay prior to the date of argument the sum of $50 to apply on counsel fees provided in the above-mentioned order. If the conditions are not complied with, the motion for a stay is denied. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

∎

Inter-County Farmers Cooperative Assn., Inc., Appellant, v. Benjamin Cohen, Trading under the Name of Reco Farms, Respondent.— Decision of this court, handed down April 1, 1955 (ante, p. 1092) dismissing the appeal by default vacated and set aside. Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files and serves record and brief on or before July 15, 1955, and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

∎

Alphonse Karpinsky, Appellant, v. Michael J. Rano et al., Respondents.— The decision of this court, handed down May 11, 1955 (ante, p. 1193) dismissing the appeal by default is vacated. Motion for leave to appeal as a poor person on typewritten record and brief granted with leave to apply to the trial court for an order directing payment of the fees of the official stenographer for a transcript of the minutes pursuant to section 1493 of the Civil Practice Act. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

∎

The People of the State of New York ex rel. Frederic E. Lyford, as Trustee of New York, Ontario and Western Railway Company, Respondent, against James C. Allen et al., as Assessors of the Town of Fallsburgh, Appellants.— Motion for an order vacating the dismissal of the appeal herein is granted upon condition that the appellants file a properly authenticated record on appeal and briefs with the clerk of this court and serve copies thereof on respondent's attorneys on or before July 1, 1955, and be ready for argument at the September, 1955, Term. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

∎

In the Matter of the Claim of Maria Iannone, Appellant, against Radory Construction Corporation et al., Respondents. Workmen's Compensation Board, Respondent.— Decision of this court, handed down May 11, 1955 (ante, p. 751) amended to read as follows: Award reversed, with costs to the appellant against the employer and its insurance carrier, and the matter remitted to the Workmen's Compensation Board for further proceedings not inconsistent with the opinion. Opinion by Zeller, J. Foster, P. J., Bergan, Halpern and Imrie, JJ., concur.